JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-2727
   Facsimile:  (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 15-06434 MMM (AFMx) |
|       Plaintiff, | |
|   vs. | [~~PROPOSED~~] |
| ONE 2002 PETERBILT 379 SEMI, ONE 1980 FRUEHAUF TANK TRAILER, AND $16,271.00 IN U.S. CURRENCY, | **CONSENT JUDGMENT OF FORFEITURE** |
|       Defendants. | |
| AGNESA MARANJYAN AND A2J TRANSPORTATION, | |
|       Claimants. | |

1

This action was filed on August 24, 2015 against the defendants One 2002 Peterbilt 379 Semi, One 1980 Fruehauf Tank Trailer, and $16,271.00 in U.S. Currency. Agnesa Maranjyan claims and interest in the defendant $16,271.00 in U.S. Currency and A2J Transportation claims an interest in the defendants One 2002 Peterbilt 379 Semi, One 1980 Fruehauf Tank Trailer. No other parties other than Maranjyan and A2J Transportation have appeared in this case and the time for filing such statements of interest and answers has expired. Plaintiff United States of America and Maranjyan and A2J Transportation have reached an agreement that is dispositive of the action. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Maranjyan or A2J Transportation. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendants One 2002 Peterbilt 379 Semi, One 1980 Fruehauf Tank Trailer, and $16,271.00 in U.S. Currency other than Maranjyan and A2J Transportation are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendants One 2002 Peterbilt 379 Semi and One 1980 Fruehauf Tank Trailer, and no other person or entity shall have any right,

title or interest therein.  The United States Secret Service is ordered to dispose of said defendants in accordance with law.  The defendant $16,271.00 in U.S. Currency, without interest, shall be returned to claimant Maranjyan through her counsel.

    4.   Maranjyan and A2J Transportation have agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the United States Secret Service from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Maranjyan and A2J Transportation, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    5.   The court finds that there was reasonable cause for the seizure of the defendants One 2002 Peterbilt 379 Semi, One 1980 Fruehauf Tank Trailer, and $16,271.00 in U.S. Currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: November 5, 2015

_____
THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: November 4, 2015      EILEEN M. DECKER
                             United States Attorney
                             LAWRENCE MIDDLETON
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                             */s/ Jonathan Galatzan*
                             JONATHAN GALATZAN
                             Assistant United States Attorney
                             Attorneys for Plaintiff
                             United States of America


DATED: November 3, 2015


                             */s/ Jerry Kaplan*
                             JERRY KAPLAN, ESQ.
                             JOSEPH BENINCASA, ESQ.
                             Attorneys for Claimants
                             AGNESA MARANJYAN AND A2J
                             TRANSPORTATION


DATED: November 3, 2015      */s/ Agnesa Maranjyan*
                             AGNESA MARANJYAN,
                             Claimant


DATED: November 3, 2015      */s/ A2J Transportation*
                             A2J TRANSPORTATION,
                             Claimant

4